DONALD F. ZIMMER, JR. (State Bar No. 112279)
    fzimmer@kslaw.com
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

(*Additional counsel listed below*)

Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION

JAMES G. O'CALLAHAN (State Bar No. 126975)
    jgocallahan@girardikeese.com
GIRARDI KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiffs Z. G. Q. and T. B. Q., by
and through their guardian ad litem, Dennis Quaid

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z. G. Q., et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>          Defendant. | CASE NO. 2:10-cv-04549-SVW -E<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties jointly stipulate, by and through their counsel of record, to the dismissal without prejudice of this action, with each

1    party bearing its own attorneys' fees and costs.

2       By so stipulating, plaintiffs do not concede that this case was removable to

3   federal court, and expressly reserve any right they might have to initiate an action in

4   state court at a later date.

5       By so stipulating, Baxter Healthcare Corporation does not concede that this

6   case was improperly removed to federal court, and expressly reserves any right it

7   might have to remove any later case plaintiffs might file in state court to federal court.

8   Dated: July 20, 2010          GIRARDI KEESE

9

10                       By: _____
                           JAMES G. O'CALLAHAN

11

12                       Attorneys for Plaintiffs
                      Z. G. Q. and T. B. Q., by and through

13                       their guardian ad litem, Dennis Quaid

14

15   Dated: July 20, 2010          KING & SPALDING LLP

16

17                       By: _____

18                            DONALD F. ZIMMER, JR.

19                       *Of Counsel:*
                      W. RAY PERSONS

20                          rpersons@kslaw.com
                      SUSAN M. CLARE

21                          sclare@kslaw.com
                      KING & SPALDING LLP

22                       1180 Peachtree Street, N.E.
                      Atlanta, GA 30309

23                       Telephone: (404) 572-4600
                      Facsimile: (404) 572-5140

24

25                       Attorneys for Defendant

26                       BAXTER HEALTHCARE
                      CORPORATION

27

28